CHRISTOS KOMINAKOS, Appellant, v COSTAS G. LIOUDIS, Respondent. [930 NYS2d 472]—

In support of his motion for summary judgment on the issue of liability, the plaintiff failed to make a prima facie showing of entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]; *Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Since the plaintiff failed to meet his initial burden as the movant, we need not review the sufficiency of the defendant's opposition papers (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Accordingly, the Supreme Court properly denied the plaintiff's motion for summary judgment on the issue of liability. Prudenti, P.J., Rivera, Austin and Roman, JJ., concur.